| | |
|---|---|
| RODGER R. COLE (CSB No. 178865)<br>rcole@fenwick.com<br>SONGMEE L. CONNOLLY (CSB No. 228555)<br>sconnolly@fenwick.com<br>MOLLY R. MELCHER (CSB No. 272950)<br>mmelcher@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Facsimile: 650.938.5200<br><br>Attorneys for Plaintiffs<br>HEWLETT-PACKARD COMPANY and<br>HEWLETT-PACKARD DEVELOPMENT<br>COMPANY, L.P. | BROWNE GEORGE ROSS LLP<br>Eric M. George (State Bar No. 166403)<br>egeorge@bgrfirm.com<br>Peter W. Ross (State Bar No. 109741)<br>pross@bgrfirm.com<br>Peter Shimamoto (State Bar No. 123422)<br>pshimamoto@bgrfirm.com<br>2121 Avenue of the Stars, Suite 2400<br>5 Los Angeles, California 90067<br>Telephone: (310) 274-7100<br>Facsimile: (310) 275-5697<br><br>LAW OFFICES OF JOSEPH RUSSONIELLO<br>Joseph Russoniello (State Bar No. 44332)<br>joerussonielIo@yahoo.com<br>999 Green Street, # 1004<br>San Francisco, California 9413 3<br>Telephone: (415) 436-6968<br>Facsimile: (415) 440-3942<br><br>Attorneys for Defendant<br>INFOSTAF CONSULTING, INC., D/B/A "SOURCE DIRECT" OR "SOURCEDIRECT.COM" |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., a Texas limited partnership,<br><br>    Plaintiffs,<br><br>    v.<br><br>INFOSTAF CONSULTING, INC., d/b/a "SOURCE DIRECT" or "SOURCEDIRECT.COM," a Texas corporation,<br><br>    Defendant. | Case No.: 3:12-cv-01806-JCS<br><br>**STIPULATION OF DISMISSAL**<br><br>Date: N/A<br>Time: N/A<br>Place: Courtroom G, 15th Floor<br>Judge: Hon. Joseph C. Spero |

| | | |
|---|---|---|
| 1 | Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Hewlett-Packard Company ("HP Co.") and Hewlett-Packard Development Company, L.P. ("HPDC") (collectively, "HP") and Defendant Infostaf Consulting, Inc., d/b/a "Source Direct" or "Sourcedirect.com," ("Source Direct"), by and through their respective attorneys, hereby stipulate to dismissal of the above-reference action with prejudice, with each party to bear its own attorneys' fees, expenses and costs.  This stipulation of dismissal is submitted by the parties in accordance with the Settlement Agreement, effective October 15, 2012, fully executed by the parties on March 26, 2013.

Dated:  March 28, 2013	FENWICK & WEST LLP

By:  /s/ Rodger R. Cole
　　　　Rodger R. Cole

Attorneys for Plaintiffs
HEWLETT-PACKARD COMPANY and
HEWLETT-PACKARD DEVELOPMENT
COMPANY, L.P.

Dated:  March 28, 2013	BROWNE GEORGE ROSS LLP
　　Eric M. George
　　Peter W. Ross
　　Peter Shimamoto
　　 AND
　　LAW OFFICES OF JOSEPH RUSSONIELLO
Dated: April 1, 2013	　　Joseph Russoniello

By:  /s/ Peter Shimamoto
　　　　Peter Shimamoto

Attorneys for Defendant
INFOSTAF CONSULTING, INC., d/b/a "SOURCE DIRECT" or "SOURCEDIRECT.COM,"

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that I have obtained concurrence of the aforementioned signatory, Peter Shimamoto, as indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:   March 28, 2013	By:  /s/ Rodger R. Cole
　　　　Rodger R. Cole