1   RODGER R. COLE (CSB No. 178865)
    rcole@fenwick.com
2   SONGMEE L. CONNOLLY (CSB No. 228555)
    sconnolly@fenwick.com
3   MOLLY R. MELCHER (CSB No. 272950)
    mmelcher@fenwick.com
4   FENWICK & WEST LLP
    Silicon Valley Center
5   801 California Street
    Mountain View, CA  94041
6   Telephone:     650.988.8500
    Facsimile:     650.938.5200
7
    Attorneys for Plaintiffs
8   HEWLETT-PACKARD COMPANY and
    HEWLETT-PACKARD DEVELOPMENT
9   COMPANY, L.P.

BROWNE GEORGE ROSS LLP
Eric M. George (State Bar No. 166403)
egeorge@bgrfirm.com
Peter W. Ross (State Bar No. 109741)
pross@bgrfirm.com
Peter Shimamoto (State Bar No. 123422)
pshimamoto@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
5 Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

LAW OFFICES OF JOSEPH
RUSSONIELLO
Joseph Russoniello (State Bar No. 44332)
joerussonielIo@yahoo.com
999 Green Street, # 1004
San Francisco, California 9413 3
Telephone: (415) 436-6968
Facsimile: (415) 440-3942

Attorneys for Defendant
INFOSTAF CONSULTING, INC., D/B/A
"SOURCE DIRECT" OR
"SOURCEDIRECT.COM"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., a Texas limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>INFOSTAF CONSULTING, INC., d/b/a "SOURCE DIRECT" or "SOURCEDIRECT.COM," a Texas corporation,<br><br>Defendant. | Case No.: 3:12-cv-01806-JCS<br><br>**STIPULATION OF DISMISSAL**<br><br>Date:   N/A<br>Time:   N/A<br>Place:   Courtroom G, 15th Floor<br>Judge:   Hon. Joseph C. Spero |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs

2  Hewlett-Packard Company ("HP Co.") and Hewlett-Packard Development Company, L.P.

3  ("HPDC") (collectively, "HP") and Defendant Infostaf Consulting, Inc., d/b/a "Source Direct" or

4  "Sourcedirect.com," ("Source Direct"), by and through their respective attorneys, hereby stipulate

5  to dismissal of the above-reference action with prejudice, with each party to bear its own

6  attorneys' fees, expenses and costs.  This stipulation of dismissal is submitted by the parties in

7  accordance with the Settlement Agreement, effective October 15, 2012, fully executed by the

8  parties on March 26, 2013.

9   Dated:  March 28, 2013               FENWICK & WEST LLP

10

11                                        By:_____/s/ Rodger R. Cole_____
                                                Rodger R. Cole

12                                        Attorneys for Plaintiffs
                                          HEWLETT-PACKARD COMPANY and
13                                        HEWLETT-PACKARD DEVELOPMENT
                                          COMPANY, L.P.
14

15  Dated:  March 28, 2013               BROWNE GEORGE ROSS LLP
                                            Eric M. George
16                                          Peter W. Ross
                                            Peter Shimamoto
17                                            AND
                                          LAW OFFICES OF JOSEPH RUSSONIELLO
18  Dated: April 1, 2013                   Joseph Russoniello

19                                        By:_____/s/ Peter Shimamoto_____
                                                Peter Shimamoto
20

21                                        Attorneys for Defendant
                                          INFOSTAF CONSULTING, INC., d/b/a "SOURCE
22                                        DIRECT" or  "SOURCEDIRECT.COM,"

23                                        **ATTESTATION**

24    Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that I have obtained concurrence of

25  the aforementioned signatory, Peter Shimamoto, as indicated by a "conformed" signature (/s/)

26  within this e-filed document.

27  Dated:   March 28, 2013           By:___/s/ Rodger R. Cole_____
                                            Rodger R. Cole
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA